Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: CR.S. 08-490 EFB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO RESET ) TRIAL CONFIRMATION HEARING & JURY ) TRIAL |
| vs. | ) |
| | ) Court: Hon. Edmund Brennan ) Time: 2:00 p.m. |
| Ottwa Dixon, | ) Date: March 10, 2009 |
| Defendant | ) |

Mr. Ottwa Dixon is charged with a misdemeanor violation of 18 U.S.C. § 641 – Theft of Government Property.  His trial confirmation hearing is currently set for February 9, 2009.  The parties request that the TCH be continued to March 10, 2009 and that date is available with the Court. The parties are involved in investigation, as well as negotiations. In light of the new trial confirmation hearing, the parties move to vacate the February 17, 2009 jury trial date and request a trial date of April 14, 2009, if that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

////

-1-

<br/>

Dated: January 27, 2009          Respectfully submitted,


                                               __/s/ Shari Rusk___
                                               Shari Rusk
                                               Attorney for Defendant
                                               Ottwa Dixon


                                               /s/__Matthew Stegman_____
                                               Matthew Stegman
                                               Assistant United States Attorney


**ORDER**


The trial confirmation hearing is CONTINUED to March 10, 2009 and trial is CONTINUED to April 14, 2009.  The Court finds excludable time through March 10, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

So Ordered.

DATED: February 2, 2009.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Dated: January 27, 2009                    Respectfully submitted,


                                      __/s/ Shari Rusk___
                                      Shari Rusk
                                      Attorney for Defendant
                                      Ottwa Dixon


                                      /s/__Matthew Stegman_____
                                      Matthew Stegman
                                      Assistant United States Attorney


**ORDER**


    The trial confirmation hearing is CONTINUED to March 10, 2009 and trial is CONTINUED to April 14, 2009.  The Court finds excludable time through March 10, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

    So Ordered.

DATED: February 2, 2009.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE